**FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 26-967 KWR |
| | ) | |
| vs. | ) | 26 U.S.C. §§ 5841, 5845(a)(8), 5861(d) |
| | ) | and 5871: Possession of a Firearm Not |
| **JAMES MOORE**, | ) | Registered with the National Firearms |
| | ) | Registration and Transfer Record. |
| Defendant. | ) | |

## I N D I C T M E N T

The Grand Jury charges:

Between on or about November 4, 2025 and November 18, 2025, in Santa Fe County, in the District of New Mexico, the defendant, **JAMES MOORE**, knowingly possessed a firearm, an explosive device, that was not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a)(8), 5861(d) and 5871.

### FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 26 U.S.C. §§ 5841, 5861, and 5871, the defendant, **JAMES MOORE**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872 and 28 U.S.C. § 2461, any firearms and ammunition involved in the in the commission of the offense, including, but not limited to, a pipe bomb.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney